UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 27, 2012

MEMO TO COUNSEL RE:  Core Communications, Inc. v. Verizon Maryland, Inc.
Civil No. JFM-02-3180
Verizon Maryland, Inc. v. Core Communications, Inc.
Civil No. JFM-08-503

Dear Counsel:

    I have reviewed the memoranda submitted in connection with Verizon's motion for partial reconsideration and Core's cross-motion for partial reconsideration. Verizon's motion is granted, and Core's motion is denied.

    Verizon requests that I reconsider my ruling that section 26 of the Interconnection Agreement is void insofar as Core's contract claim is concerned. In my August 10, 2012 opinion I held that section 26 was void under Maryland law insofar as Core's *tort* claims were concerned, and I extended that ruling to the contract claim as well. The parties had not, however, briefed the issue as to whether section 26 was void under federal law as to the *contract* claim, and I was therefore not aware of the FCC's rulings in the *Local Competition Order* and in the *Cavalier Order*. It seems apparent that in those orders the FCC at least implicitly found that exculpatory causes, like section 26 of the ICA, are not void under the Telecommunications Act. Therefore, Verizon's motion is granted.

    Core's cross-motion is denied. The questions presented by this case are close but I am content that my August 10, 2012 opinion, with the exception of the issue just discussed, was correct. Core has raised nothing in its cross-motion for partial reconsideration that changes my opinion.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge